THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHARLES GOLDSON, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 18, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered May 21, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Lester R. Bachner* and *Samuel S. Koenig* for appellant.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.